## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on September __20__, 2017, against JIAN ZHANG, a/k/a HONG KONG ZARON, charging the following:

21 USC 846 - Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death
21 USC 963 – Conspiracy to Import Controlled Substances and Controlled Substance Analogues into the United States Resulting in Serious Bodily Injury and Death
18 USC 1956(h) - Money Laundering Conspiracy to Conceal the Nature, Location, and Ownership of Proceeds of Specified Unlawful Activity
18 USC 1956(h) – International Money Laundering Conspiracy
21 USC 848(a), 848(b)(1), 848(b)(2)(A), and 848(c) – Continuing Criminal Enterprise
21 USC 853 and 970 – Forfeiture Allegation

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   bail be set at $ _____

   ☐   defendant be detained without bail.

COMMENTS:

Dated:  __9/20/17__

CHRISTOPHER C. MYERS
United States Attorney